JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MISSION VIEJO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation, and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 8:20-cv-00601-FLA (ARGx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [DKT. 44]**<br><br>Complaint Filed: 3/26/20<br>Trial Date: 11/02/21<br>Courtroom: 6B |

　　　THIS MATTER having come before the Court on the Joint Stipulation to Dismiss With Prejudice, submitted by Plaintiff City of Mission Viejo and Defendant Liberty Mutual Fire Insurance Company ("the Parties"), and upon consideration thereof and for good cause shown,

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that the Parties' Joint Stipulation to Dismiss With Prejudice is GRANTED. The Court ORDERS that all claims shall be dismissed, with prejudice, with each party to bear its own attorney's fees, expenses, and costs incurred in this action.

DATED: July 23, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge